| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>09cv791 | DATE FILED<br>10/22/09 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Nokia Corporation | | DEFENDANT<br>Apple Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,802,465 | 9/1/1998 | Nokia Mobile Phones Ltd. |
| 2 | US 6,359,904 B1 | 3/19/2002 | Nokia Mobile Phones Ltd. |
| 3 | US 6,694,135 B1 | 2/17/2004 | Nokia Mobile Phones Ltd. |
| 4 | US 6,775,548 B1 | 8/10/2004 | Nokia Mobile Phones Ltd. |
| 5 | US 7,092,672 B1 | 8/15/2006 | Nokia Corporation |
| | 5,862,178 | 1/19/1999 | Nokia Telecommunications OY |
| | 5,946,651 | 8/31/1999 | Nokia Mobile Phones |
| | US 6,882,727 B1 | 4/19/2005 | Nokia Mobile Phones Ltd. |
| | US 7,009,940 B2 | 3/7/2006 | Nokia Corporation |
| | US 7,403,621 B2 | 7/22/2008 | Nokia Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | October 22, 2009 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**