IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-791 |
| | ) |
| APPLE INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## DECLARATION OF MAILING

Rodger D. Smith II declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff Nokia Corporation in this action.

2. Defendant Apple Inc. is a corporation duly organized and existing under the laws of the state of California and has a principal place of business at 1 Infinite Loop, Cupertino, California 95014.

3. On October 22, 2009, copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104, to Apple Inc., Attn: Legal Department, 1 Infinite Loop, Cupertino, CA 95014. *See* Exhibit A.

4. On October 23, 2009, I received notification that Apple Inc. received the Summons, Complaint and related papers on October 23, 2009. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2009.

_____
Rodger D. Smith II (#3778)