## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-791-GMS |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff Nokia Corporation and defendant Apple Inc., subject to the approval of the Court, that Apple Inc.'s time to move, answer, or otherwise respond to the Complaint in this action shall be extended to December 14, 2009.

Apple Inc. requests this extension because: (1) Apple Inc. seeks additional time to prepare its response to the Complaint; (2) Apple Inc. has received no prior extension of time within which to file its response to the Complaint; and (3) a Rule 16 conference has not been scheduled in this matter.  Nokia Corporation recognizes that such extensions are reasonable and customary, and does not oppose the request notwithstanding its belief that this case should be resolved without further delay.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

POTTER ANDERSON & CORROON LLP

By: /s/ Jack B. Blumenfeld
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith II (#3778)
    1201 North Market Street
    Wilmington, DE  19899
    Tel: (302) 658-9200
    jblumenfeld@mnat.com
    rsmith@mnat.com

OF COUNSEL:

Patrick J. Flinn
John D. Haynes
Keith E. Broyles
Mark A. McCarty
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Tel: (404) 881-7000

Alan L. Whitehurst
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
Tel: 202-756-3300

*Attorneys for Plaintiff Nokia Corporation*

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

OF COUNSEL:

William F. Lee
Mark D. Selwyn
WILMERHALE
60 State Street
Boston, MA  02109
Tel: 617 526 6000

*Attorneys for Defendant Apple Inc.*

SO ORDERED this _____ day of _____, 2009.

_____
Chief Judge

941289 / 35035