IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant.<br><br>APPLE INC.,<br><br>      Counterclaim-Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>      Counterclaim-Defendants. | C.A. 09-791-GMS<br><br>**JURY TRIAL DEMANDED** |

**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant and Counterclaim-Plaintiff Apple Inc. submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Apple Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

2

                                                POTTER ANDERSON & CORROON LLP

OF COUNSEL:                               By: */s/ Richard L. Horwitz*
                                                  Richard L. Horwitz (#2246)

William F. Lee                              David E. Moore (#3983)

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

William F. Lee
WILMERHALE
60 State Street
Boston, MA 02109
Tel: 617 526 6000

Mark D. Selwyn
WILMERHALE
1117 California Avenue
Palo Alto, CA 94304
Tel: (650) 858-6000

Kenneth H. Bridges
Michael T. Pieja
WONG CABELLO
540 Cowper Street
Suite 100
Palo Alto, CA
Tel: (650) 681-4475

*Attorneys for Defendant and
Counterclaim-Plaintiff Apple Inc.*

Dated: December 11, 2009
945917 / 35035

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on December 11, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 11, 2009, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Jack B. Blumenfeld | Patrick J. Flinn |
| Rodger D. Smith II | John D. Haynes |
| Morris, Nichols, Arsht & Tunnell LLP | Keith E. Broyles |
| 1201 North Market Street | Mark A. McCarty |
| Wilmington, DE 19899 | Alston & Bird LLP |
| jblumenfeld@mnat.com | One Atlantic Center |
| rsmith@mnat.com | 1201 West Peachtree Street |
| | Atlanta, GA 30309 |
| | patrick.flinn@alston.com |
| | john.haynes@alston.com |
| | keith.broyles@alston.com |
| | mark.mccarty@alston.com |
| | |
| Alan L. Whitehurst | |
| The Atlantic Building | |
| 950 F Street, NW | |
| Washington, DC 20004-1404 | |
| alan.whitehurst@alston.com | |

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

941557/35035