IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant.<br>―――――――――――――――――――<br>APPLE INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>　　　　Counterclaim-Defendants. | C.A. 09-791-GMS<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Kenneth H. Bridges and Michael T. Pieja of Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP, 540 Cowper Street, Palo Alto, CA 94301 to represent Defendant and Counterclaim-Plaintiff Apple Inc. in this matter.

                    POTTER ANDERSON & CORROON LLP

                    By: */s/ David E. Moore*
                        Richard L. Horwitz (#2246)
                        David E. Moore (#3983)
                        Hercules Plaza, 6th Floor
                        1313 N. Market Street
                        Wilmington, DE 19801
                        Tel: (302) 984-6000
                        rhorwitz@potteranderson.com
                        dmoore@potteranderson.com

Dated: December 14, 2009
945875 / 35035

                    *Attorneys for Defendant and*
                    *Counterclaim-Plaintiff Apple Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                      _____
                                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California, and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 14, 2009                    Signed: */s/Kenneth H. Bridges*
                                                   Kenneth H. Bridges
                                                   Wong, Cabello, Lutsch,
                                                   Rutherford & Brucculeri, LLP
                                                   540 Cowper Street
                                                   Palo Alto, CA 94301
                                                   Tel: (650) 681-4475
                                                   KBridges@WongCabello.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐　　has been paid to the Clerk of the Court

☒　　will be submitted to the Clerk's Office upon the filing of this motion

Date: December 14, 2009　　　　　　　　　　Signed: /s/Michael T. Pieja
　　　　　　　　　　　　　　　　　　　　　　Michael T. Pieja
　　　　　　　　　　　　　　　　　　　　　　Wong, Cabello, Lutsch,
　　　　　　　　　　　　　　　　　　　　　　Rutherford & Brucculeri, LLP
　　　　　　　　　　　　　　　　　　　　　　540 Cowper Street
　　　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94301
　　　　　　　　　　　　　　　　　　　　　　Tel: (650) 681-4475
　　　　　　　　　　　　　　　　　　　　　　MPieja@WongCabello.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 14, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 14, 2009, the attached document was electronically mailed to the following person(s)

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Patrick J. Flinn
John D. Haynes
Keith E. Broyles
Mark A. McCarty
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
patrick.flinn@alston.com
john.haynes@alston.com
keith.broyles@alston.com
mark.mccarty@alston.com

Alan L. Whitehurst
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
alan.whitehurst@alston.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

941557/35035