IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |
| | ) C.A. No. 09-791 (GMS) |
| APPLE INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NOKIA CORPORATION and NOKIA INC., | ) |
| | ) |
| Counterclaim-Defendants. | ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for Nokia Corporation and Nokia Inc. (collectively, "Nokia") to move, answer or otherwise respond to defendant's counterclaims is extended until February 8, 2010. The reason for this extension is that defendant has asserted a large number of counterclaims and Nokia requires additional time to prepare its response, especially given the upcoming holidays.

Dockets.Justia.com

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER, ANDERSON & CORROON LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potternanderson.com |
| *Attorneys for Nokia Corporation and Nokia Inc.* | *Attorneys for Apple Inc.* |

SO ORDERED this ___ day of December 2009.


_____
United States District Court Judge