IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |
| | ) C.A. No. 09-791 (GMS) |
| APPLE INC., | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NOKIA CORPORATION and NOKIA INC., | ) |
| | ) |
| Counterclaim-Defendants. | ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for Nokia Corporation and Nokia Inc. (collectively, "Nokia") to move, answer or otherwise respond to defendant's counterclaims is extended until February 16, 2010. The reason for this extension is that the parties are discussing ways in which to streamline and coordinate this action and copending C.A. No. 09-1002 (GMS) and require a short extension to conclude those discussions.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER, ANDERSON & CORROON LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potternanderson.com |
| *Attorneys for Nokia Corporation and Nokia Inc.* | *Attorneys for Apple Inc.* |

SO ORDERED this ___ day of February 2010.

_____
United States District Court Judge