Nokia Corporation v. Apple Inc.
Doc. 21 Att. 7

# EXHIBIT H

Dockets.Justia.com

US007383453B2

(12) **United States Patent**
**Youngs**

(10) **Patent No.: US 7,383,453 B2**
(45) **Date of Patent: *Jun. 3, 2008**

(54) **CONSERVING POWER BY REDUCING VOLTAGE SUPPLIED TO AN INSTRUCTION-PROCESSING PORTION OF A PROCESSOR**

(75) Inventor: **Lynn R. Youngs**, Cupertino, CA (US)

(73) Assignee: **Apple, Inc**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 55 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/213,215**

(22) Filed: **Aug. 25, 2005**

(65) **Prior Publication Data**

US 2005/0283628 A1 Dec. 22, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 11/103,911, filed on Apr. 11, 2005, now Pat. No. 6,973,585, which is a continuation of application No. 10/135,116, filed on Apr. 29, 2002, now Pat. No. 6,920,574.

(51) **Int. Cl.**
*G06F 1/00* (2006.01)
*G06F 1/26* (2006.01)

(52) **U.S. Cl.** .................... **713/300**; 713/320; 713/324

(58) **Field of Classification Search** ............... 713/300
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,666,537 A * 9/1997 Debnath et al. ........... 713/322
6,347,379 B1 * 2/2002 Dai et al. ................... 713/320
6,721,892 B1 * 4/2004 Osborn et al. ............. 713/300
6,792,551 B2 * 9/2004 Dai ............................ 713/320
6,795,896 B1 * 9/2004 Hart et al. ................. 711/118
2003/0056127 A1 * 3/2003 Vaglica ..................... 713/300
2003/0120959 A1 6/2003 Bohrer et al. ............. 713/320
2003/0120962 A1 6/2003 Dai et al. ................. 713/320

* cited by examiner

*Primary Examiner*—Rehana Perveen
*Assistant Examiner*—Stefan Stoynov
(74) *Attorney, Agent, or Firm*—Park, Vaughan & Fleming, LLP; Edward J. Grundler

(57) **ABSTRACT**

One embodiment of the present invention provides a system that facilitates reducing static power consumption of a processor. During operation, the system receives a signal indicating that instruction execution within the processor is to be temporarily halted. In response to this signal, the system halts an instruction-processing portion of the processor, and reduces the voltage supplied to the instruction-processing portion of the processor. Full voltage is maintained to a remaining portion of the processor, so that the remaining portion of the processor can continue to operate while the instruction-processing portion of the processor is in reduced power mode.

**21 Claims, 3 Drawing Sheets**

CLOCK SIGNAL 130
INTERRUPTS 128
PROCESSOR 102
INTERRUPT PROCESSOR 112
ARITHMETIC-LOGIC UNIT 104
REAL-TIME CLOCK 114
REGISTER FILES 106
CLOCK DISTRIBUTION CIRCUITRY 116
PIPELINES 108
L2 CACHE 118
L1 CACHES 110
CACHE TAGS 120
CACHE SNOOP CIRCUITRY 122
NON-CORE POWER AREA 124
CORE POWER AREA 126
MEMORY SIGNALS 132
NON-CORE POWER 136
CORE POWER 134



CLOCK SIGNAL 130
INTERRUPTS 128
PROCESSOR 102
INTERRUPT PROCESSOR 112
REAL-TIME CLOCK 114
CLOCK DISTRIBUTION CIRCUITRY 116
L2 CACHE 118
CACHE TAGS 120
CACHE SNOOP CIRCUITRY 122
NON-CORE POWER AREA 124
ARITHMETIC-LOGIC UNIT 104
REGISTER FILES 106
PIPELINES 108
L1 CACHES 110
CORE POWER AREA 126
MEMORY SIGNALS 132
NON-CORE POWER 136
CORE POWER 134

FIG. 1A



CLOCK SIGNAL 130
INTERRUPTS 128
PROCESSOR 102
INTERRUPT PROCESSOR 112
ARITHMETIC-LOGIC UNIT 104
REAL-TIME CLOCK 114
REGISTER FILES 106
CLOCK DISTRIBUTION CIRCUITRY 116
PIPELINES 108
NON-CORE POWER AREA 124
L1 CACHES 110
L2 CACHE 118
CACHE TAGS 120
CACHE SNOOP CIRCUITRY 122
CORE POWER AREA 126
MEMORY SIGNALS 132
CORE POWER 134
NON-CORE POWER 136

FIG. 1B



START
MONITOR PROCESSOR LOAD 202
PROCESSOR NEEDED SOON? 204
YES
NO
LONG NAPS RECENTLY? 206
NO
YES
HALT PROCESSOR 208
WAIT FOR INTERRUPT 210
RESTART PROCESSOR 212
SAVE STATE 214
HALT PROCESSOR 216
REDUCE CORE POWER 218
WAIT FOR INTERRUPT 220
RESTORE CORE POWER 222
RESTART PROCESSOR 224
RESTORE STATE 226

FIG. 2

# CONSERVING POWER BY REDUCING VOLTAGE SUPPLIED TO AN INSTRUCTION-PROCESSING PORTION OF A PROCESSOR

## RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 11/103,911, filed 11 Apr. 2005 now U.S. Pat No. 6,973,585. This application hereby claims priority under 35 U.S.C. §120 to the above-listed application. Note that pending U.S. patent application Ser. No. 11/103,911 is itself a continuation of U.S. patent application Ser. No. 10/135,116, filed 29 Apr. 2002 now U.S. Pat. No. 6,920,574.

## BACKGROUND

1. Field of the Invention

The present invention relates to techniques for conserving power usage in computer systems. More specifically, the present invention relates to a method and an apparatus for reducing power consumption in a processor by reducing voltage supplied to an instruction-processing portion of the processor, while maintaining voltage to other portions of the processor.

2. Related Art

Dramatic advances in integrated circuit technology have led to corresponding increases in processor clock speeds. Unfortunately, these increases in processor clock speeds have been accompanied by increased power consumption. Increased power consumption is undesirable, particularly in battery-operated devices such as laptop computers, for which there exists a limited supply of power. Any increase in power consumption decreases the battery life of the computing device.

Modern processors are typically fabricated using Complementary Metal Oxide Semiconductor (CMOS) circuits. CMOS circuits typically consume more power while the circuits are switching, and less power while the circuits are idle. Designers have taken advantage of this fact by reducing the frequency of (or halting) clock signals to certain portions of a processor when the processor is idle. Note that some portions of the processor must remain active, however. For example, a cache memory with its associated snoop circuitry will typically remain active as well as interrupt circuitry and real-time clock circuitry.

Although reducing the frequency of (or halting) a system clock signal can reduce the dynamic power consumption of a processor, static power consumption is not significantly affected. This static power consumption is primarily caused by leakage currents through the CMOS devices. As integration densities of integrated circuits continue to increase, circuit devices are becoming progressively smaller. This tends to increase leakage currents, and thereby increases static power consumption. This increased static power consumption results in reduced battery life, and increases cooling system requirements for battery operated computing devices.

What is needed is a method and an apparatus that reduces static power consumption for a processor in a battery operated computing device.

## SUMMARY

One embodiment of the present invention provides a system that facilitates reducing static power consumption of a processor. During operation, the system receives a signal indicating that instruction execution within the processor is to be temporarily halted. In response to this signal, the system halts an instruction-processing portion of the processor, and reduces the voltage supplied to the instruction-processing portion of the processor. Full voltage is maintained to a remaining portion of the processor, so that the remaining portion of the processor can continue to operate while the instruction-processing portion of the processor is in reduced power mode.

In one embodiment of the present invention, reducing the voltage supplied to the instruction-processing portion of the processor involves reducing the voltage to a minimum value that maintains state information within the instruction-processing portion of the processor.

In one embodiment of the present invention, reducing the voltage supplied to the instruction-processing portion of the processor involves reducing the voltage to zero.

In one embodiment of the present invention, the system saves state information from the instruction-processing portion of the processor prior to reducing the voltage supplied to the instruction-processing portion of the processor. This state information can either be saved in the remaining portion of the processor or to the main memory of the computer system.

In one embodiment of the present invention, upon receiving a wakeup signal, the system: restores full voltage to the instruction-processing portion of the processor; restores state information to the instruction-processing portion of the processor; and resumes processing of computer instructions.

In one embodiment of the present invention, maintaining full voltage to the remaining portion of the processor involves maintaining full voltage to a snoop-logic portion of the processor, so that the processor can continue to perform cache snooping operations while the instruction-processing portion of the processor is in the reduced power mode.

In one embodiment of the present invention, the system also reduces the voltage to a cache memory portion of the processor. In this embodiment, the system writes cache memory data to main memory prior to reducing the voltage.

In one embodiment of the present invention, the remaining portion of the processor includes a control portion of the processor containing interrupt circuitry and clock circuitry.

In one embodiment of the present invention, the remaining portion of the processor includes a cache memory portion of the processor.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1A illustrates different power areas within processor **102** in accordance with an embodiment of the present invention.

FIG. 1B illustrates alternate power areas within processor **102** in accordance with an embodiment of the present invention.

FIG. 2 is a flowchart illustrating the process of monitoring processor load and switching to power saving modes in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION

The following description is presented to enable any person skilled in the art to make and use the invention, and is provided in the context of a particular application and its requirements. Various modifications to the disclosed embodiments will be readily apparent to those skilled in the art, and the general principles defined herein may be applied to other embodiments and applications without departing

from the spirit and scope of the present invention. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein.

Processor **102**

FIG. **1A** illustrates different power areas within processor **102** in accordance with an embodiment of the present invention. Processor **102** is divided into a core power area **126**, and a non-core power area **124**. Core power area **126** includes the instruction-processing portion of processor **102**. Specifically, core power area **126** includes arithmetic-logic unit **104**, register files **106**, pipelines **108**, and possibly level one (L1) caches **110**. Note that L1 caches **110** can alternatively be located in non-core power area **124**.

Arithmetic-logic unit **104** provides computational and logical operations for processor **102**. Register files **106** provide source operands, intermediate storage, and destination locations for instructions being executed by arithmetic-logic unit **104**. Pipelines **108** provides a steady stream of instructions to arithmetic-logic unit **104**. Instructions in pipelines **108** are decoded in transit. Therefore, pipelines **108** may contain instructions in various stages of decoding and execution. L1 caches **110** include data caches and instruction caches for arithmetic-logic unit **104**. L1 caches **110** are comprised of very high-speed memory to provide fast access for instructions and data. In one embodiment of the present invention, L1 caches **110** includes a write-through data cache.

Non-core power area **124** comprises the remaining portion of processor **102** and includes interrupt processor **112**, real-time clock **114**, clock distribution circuitry **116**, level two (L2) caches **118**, cache tags **120**, and cache snoop circuitry **122**. In general, non-core power area **124** includes portions of processor **102** that are not directly involved in processing instructions, and that need to operate while instruction processing is halted.

Interrupt processor **112** monitors interrupts **128** and periodically interrupts the execution of applications to provide services to external devices requiring immediate attention. Interrupt processor **112** can also provide a wake-up signal to core power area **126** as described below. Real-time clock **114** provides time-of-day services to processor **102**. Typically, real-time clock **114** is set upon startup from a battery operated real-time clock in the computer and thereafter provides time to the system. Clock distribution circuitry **116** provides clock signals for processor **102**. Distribution of these clock signals can be switched off or reduced for various parts of processor **102**. For example, clock distribution to core power area **126** can be stopped while the clock signals to non-core power area **124** continue. The acts of starting and stopping of these clock signals are known in the art and will not be described further. Real-time clock **114** and clock distribution circuitry **116** receive clock signal **130** from the computer system. Clock signal **130** is the master clock signal for the system.

L2 cache **118** provides a second level cache for processor **102**. Typically, an L2 cache is larger and slower that an L1 cache, but still provides faster access to instructions and data than can be provided by main memory. Cache tags **120** provide an index into data stored in L2 cache **118**. Cache snoop circuitry **122** invalidates cache lines base primarily on other processors accessing their own cache lines, or I/O devices doing memory transfers, even when instruction processing has been halted. L2 cache **118**, cache tags **120**, and cache snoop circuitry **122** communicate with the computer system through memory signals **132**.

Non-core power area **124** receives non-core power **136** and core power area **126** receives core power **134**. The voltage applied for non-core power **136** remains at a voltage that allows circuitry within non-core power area **124** to remain fully active at all times. In contrast, non-core power **136** may provide different voltages to non-core power area **124** based upon the operating mode of processor **102**. For example, if processor **102** is a laptop attached to external electrical power, the voltage provided to non-core power **136** (and to core power **134** during instruction processing) may be higher than the minimum voltage, thus providing faster execution of programs.

The voltage applied to core power **134** remains sufficiently high during instruction processing so that core power area **126** remains fully active. However, when processor **102** receives a signal that processing can be suspended, the voltage supplied by core power **134** can be reduced.

In one embodiment of the present invention, the voltage in core power **134** is reduced to the minimum value that will maintain state information within core power area **126**, but this voltage is not sufficient to allow processing to continue. In another embodiment of the present invention, the voltage at core power **134** is reduced to zero. In this embodiment, the state of core power area **126** is first saved before the voltage is reduced to zero. This state can be saved in a dedicated portion of L2 cache **118**, in main memory, or in another dedicated storage area. Upon receiving an interrupt or other signal indicating that processing is to resume, the voltage in core power **134** is restored to a normal level, saved state is restored, and processing is restarted.

FIG. 1B illustrates an alternative partitioning of power areas within processor **102** in accordance with an embodiment of the present invention. As shown in FIG. 1B, L2 cache **118**, cache tags **120**, and cache snoop circuitry **122** are included in core power area **126** rather than in non-core power area **124**. In this embodiment, the voltage supplied as core power **134** is reduced or set to zero as described above, however, the cache circuitry within processor **102** is also put into the reduced power mode. Prior to reducing the voltage supplied to core power area **126**, data stored in L2 cache **118** is flushed to main memory. Additionally, if the voltage at core power **134** is reduced to zero, the state of processor **102** is first saved in main memory.

Monitoring and Switching

FIG. **2** is a flowchart illustrating the process of monitoring processor load and switching to power saving modes in accordance with an embodiment of the present invention. The system starts by monitoring the processor load (step **202**). Next, the system determines if the processor will be needed soon (step **204**). This determination is made based on the current execution pattern and the cost of entering and recovering from nap mode. This cost, calculated in power usage, must be less than the power wasted by not going into nap mode. If the processor will be needed soon at step **204**, the process returns to step **202** to continue monitoring the processor load.

If the processor will not be needed soon at step **204**, the system determines if the processor has been taking long naps recently (step **206**). If not, the system enters a normal nap mode, which involves halting the processor without reducing any voltages (step **208**). Typically, halting the processor involves removing the clock signals to the core power area of the processor. After halting the processor, the system waits for an interrupt (step **210**). Upon receiving an interrupt or other signal requiring a restart, the system restarts instruc-

tion processing (step 212). After restarting instruction processing, the process returns to step 202 to continue monitoring the processor load.

If the processor has recently been taking long naps at step 206, the system enters a deep nap mode, which involves saving the state information from the core power area (step 214), halting the processor (step 216), and then reducing the voltage supplied to the core power area (step 218). After reducing the voltage, the system waits for an interrupt (step 220).

Upon receiving the interrupt or other signal requiring a restart, the system restores the voltage to the core power area (step 222). Next, the modules within the core power area are restarted (step 224). The system then restores the state information that was saved at step 214 (step 226). After the processor has been restarted, the process returns to step 202 to continue monitoring the processor load. Note that the above description applies when the processor is used to save and restore the state information. In cases where dedicated hardware saves and restores the state information, steps 214 and 216, and steps 224 and 226 can be reversed. Note also that if the voltage supplied to the core power area 126 is reduced but maintained at a level where modules in the core power do not lose state information, steps 216 and 224 are not required.

The foregoing descriptions of embodiments of the present invention have been presented for purposes of illustration and description only. They are not intended to be exhaustive or to limit the present invention to the forms disclosed. Accordingly, many modifications and variations will be apparent to practitioners skilled in the art. Additionally, the above disclosure is not intended to limit the present invention. The scope of the present invention is defined by the appended claims.

What is claimed is:

1. An instruction-processing system with minimal static power leakage, the instruction-processing system comprising:

a core with instruction-processing circuitry;
an area coupled to the core;
a core voltage provided to the core; and
an area voltage provided to the area;
wherein in a normal operation mode:
a clock signal to the core is active;
the core voltage is a first value;
the core is active;
the area voltage is a second value; and
the area is active;
wherein in a first power-saving mode that is exited upon receipt of an interrupt signal:
the clock signal to the core is inactive;
the core voltage is equal to or greater than the first value; and
the area voltage is equal to or greater than the second value;
wherein in a second power-saving mode that can be exited upon receipt of a signal that is not an interrupt signal:
the clock signal to the core is inactive;
the core voltage is less than the first value; and
the area voltage is equal to or greater than the second value.

2. The instruction-processing system of claim 1, wherein the first power-saving mode can be exited upon receipt of a signal that is not an interrupt signal.

3. The instruction-processing system of claim 1, wherein the area comprises a cache.

4. The instruction-processing system of claim 3, wherein the area further comprises cache tags.

5. The instruction-processing system of claim 1, wherein prior to entering the second power-saving mode, the state of the core is saved to a memory.

6. The instruction-processing system of claim 1, wherein upon exiting the second power-saving mode, the state of the core is restored.

7. The instruction-processing system of claim 1, wherein in the second power-saving mode, the core voltage is at zero.

8. A method for minimizing static power leakage in an instruction-processing system, wherein the instruction-processing system comprises a core with instruction-processing circuitry, an area coupled to the core, a core voltage provided to the core, and an area voltage provided to the area, the method comprising:

entering a normal operation mode by:
providing a clock signal to the core;
providing the core with a core voltage that is equal to a first value;
providing the area with an area voltage that is equal to a second value;
entering a first power-saving mode by:
disabling the clock signal to the core;
providing the core with a core voltage that is equal to or greater than the first value; and
providing the area with an area voltage that is equal to or greater than the second value;
exiting the first power-saving mode upon receipt of an interrupt signal;
entering a second power-saving mode by:
disabling the clock signal to the core;
setting the core voltage to a value less than the first value; and
providing the area with an area voltage that is equal to or greater than the second value; and
exiting the second power-saving mode upon receipt of a signal that is not an interrupt signal.

9. The method of claim 8, further comprising exiting the first power-saving mode upon receipt of a signal that is not an interrupt signal.

10. The instruction-processing system of claim 8, wherein the area comprises a cache.

11. The method of claim 10, wherein the area further comprises cache tags.

12. The method of claim 8, further comprising saving the state of the core to a memory prior to entering the second power-saving mode.

13. The method of claim 8, further comprising restoring the state of the core upon exiting the second power-saving mode.

14. The method of claim 8, wherein in the second power-saving mode, setting the core voltage to the value less than the first value comprises setting the core voltage to zero.

15. A computer-readable medium containing data representing an instruction-processing system with minimal static power leakage, the instruction- processing system comprising:

a core with instruction-processing circuitry;
an area coupled to the core;
a core voltage provided to the core; and
an area voltage provided to the area;
wherein in a normal operation mode:
a clock signal to the core is active;
the core voltage is a first value;
the core is active;

the area voltage is a second value; and
the area is active;

wherein in a first power-saving mode that is exited upon receipt of an interrupt signal:
the clock signal to the core is inactive;
the core voltage is equal to or greater than the first value; and
the area voltage is equal to or greater than the second value;

wherein in a second power-saving mode that can be exited upon receipt of a signal that is not an interrupt signal:
the clock signal to the core is inactive;
the core voltage is less than the first value; and
the area voltage is equal to or greater than the second value.

**16**. The computer-readable medium of claim **15**, wherein the first power-saving mode can be exited upon receipt of a signal that is not an interrupt signal.

**17**. The computer-readable medium of claim **15**, wherein the area comprises a cache.

**18**. The computer-readable medium of claim **17**, wherein the area further comprises cache tags.

**19**. The computer-readable medium of claim **15**, wherein prior to entering the second power-saving mode, the state of the core is saved to a memory.

**20**. The computer-readable medium of claim **15**, wherein upon exiting the second power-saving mode, the state of the core is restored.

**21**. The computer-readable medium stem of claim **15**, wherein in the second power-saving mode, the core voltage is at zero.

* * * * *