IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | C.A. No. 09-791 (GMS) |
| APPLE INC.,<br><br>　　　　　　Counterclaim-Plaintiff,<br><br>　　　v.<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>　　　　　　Counterclaim-Defendants. | |

## NOKIA CORPORATION'S AND NOKIA INC.'S MOTION TO DISMISS

　　　　　Counterclaim-Defendants Nokia Corporation and Nokia Inc. (collectively Nokia) hereby move to dismiss Counterclaim-Plaintiff Apple Inc.'s non-patent counterclaims (Counts I-VI) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.  The bases for this motion are set forth in Nokia's Opening Brief filed herewith.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)
　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
　　　　　　　　　　　　　　　　　　　　rsmith@mnat.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Nokia Corporation*
　　　　　　　　　　　　　　　　　　　　　*and Nokia Inc.*

2

OF COUNSEL:

Patrick J. Flinn
Peter Kontio
John D. Haynes
Mark A. McCarty
Adam J. Biegel
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

March 11, 2010
3441351

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2010, I caused the foregoing to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on March 11, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Mark D. Selwyn, Esquire<br>WILMERHALE<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Kenneth H. Bridges, Esquire<br>Michael T. Pieja, Esquire<br>WONG, CABELLO, LUTSCH, RUTHERFORD<br>  & BRUCCULERI, LLP<br>540 Cowper Street<br>Palo Alto, CA  94301 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)