# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 15, 2010

The Honorable Gregory M. Sleet    *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *Nokia Corporation v. Apple Inc.*
     C.A. No. 09-791 (GMS)

Dear Chief Judge Sleet:

Given the Court's rulings at the April 9 conference, we believe that the cross-motions for bifurcation (D.I. 27 and 35) are moot. Thus, Nokia will not file any further briefing on those motions. We will work with Apple's counsel to resolve the issues as to how discovery should proceed.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:  Clerk of Court (Via Hand Delivery)
     Richard L. Horwitz, Esquire (Via Electronic Mail)
     William F. Lee, Esquire (Via Electronic Mail)
     Kenneth H. Bridges, Esquire (Via Electronic Mail)
     Patrick J. Flinn, Esquire (Via Electronic Mail)