IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION,              )<br>                                             )<br>            Plaintiff,              )<br>                                             )<br>     v.                                    )<br>                                             )<br> APPLE INC.,                          )<br>                                             )<br>            Defendant.           )<br>  _____) C.A. No. 09-791 (GMS)<br> APPLE INC.,                          )<br>                                             )<br>            Counterclaim Plaintiff,   )<br>                                             )<br>     v.                                    )<br>                                             )<br> NOKIA CORPORATION and NOKIA INC.,   )<br>                                             )<br>            Counterclaim Defendants.   ) | |

**DECLARATION OF RYAN KOPPELMAN IN SUPPORT OF
<u>MOTION TO STAY PENDING REEXAMINATION</u>**

| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | Jack B. Blumenfeld (#1014) |
| Patrick J. Flinn | Rodger D. Smith II (#3778) |
| Peter Kontio | 1201 North Market Street |
| John D. Haynes | P.O. Box 1347 |
| Mark A. McCarty | Wilmington, DE 19899 |
| Adam J. Biegel | (302) 658-9200 |
| ALSTON & BIRD LLP | jblumenfeld@mnat.com |
| 1201 W. Peachtree Street | rsmith@mnat.com |
| Atlanta, GA 30309-3424 | |
| (404) 881-7000 | *Attorneys for Nokia Corporation* |
| | *and Nokia Inc.* |
| August 3, 2010 | |

I, Ryan Koppelman, declare as follows:

1. I am an attorney at law admitted to practice before this court *pro hac vice*. I am an associate in the law firm of Alston & Bird, LLP, counsel for Plaintiff Nokia Corporation and Counterclaim-Defendant Nokia Inc. (collectively, "Nokia"). I have knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of Apple's Response to Nokia's Second Set of Interrogatories on July 26, 2010.

3. Attached as Exhibit 2 is a true and correct copy of Apple's Motion to Consolidate filed on May 24, 2010.

4. Attached as Exhibit 3 is a true and correct copy of Apple's Motion to Transfer and Brief in Support of the Motion to Transfer filed in the District Court for the Western District of Wisconsin, Civil Action No. 10-CV-249 on June 29, 2010.

5. Attached as Exhibit 4 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 5,315,703.

6. Attached as Exhibit 5 is a true and correct copy of the Patent Office's Order Granting Request for *Ex Parte* Reexamination of U.S. Patent No. 5,315,703.

7. Attached as Exhibit 6 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 5,455,854.

8. Attached as Exhibit 7 is a true and correct copy of the Patent Office's Order Granting Request for *Ex Parte* Reexamination of U.S. Patent No. 5,455,854.

9. Attached as Exhibit 8 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 7,469,381.

10. Attached as Exhibit 9 is a true and correct copy of the Patent Office's Order Granting Request for *Ex Parte* Reexamination of U.S. Patent No. 7,469,381.

11. Attached as Exhibit 10 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 5,555,369.

12. Attached as Exhibit 11 is a true and correct copy of the Patent Office's Order Denying Request for *Ex Parte* Reexamination of U.S. Patent No. 5,555,369.

13. Attached as Exhibit 12 is a true and correct copy of Nokia's Petition for Review of the Order Denying Reexamination Request of U.S. Patent No. 5,555,369.

14. Attached as Exhibit 13 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 5,634,074.

15. Attached as Exhibit 14 is a true and correct copy of the Patent Office's Order Granting Request for *Ex Parte* Reexamination of U.S. Patent No. 5,634,074.

16. Attached as Exhibit 15 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 5,848,105.

17. Attached as Exhibit 16 is a true and correct copy of the Patent Office's Order Granting Request for *Ex Parte* Reexamination of U.S. Patent No. 5,848,105.

18. Attached as Exhibit 17 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 7,383,453.

19. Attached as Exhibit 18 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 6,239,795.

20. Attached as Exhibit 19 is a true and correct copy of Nokia's Request for *Ex Parte* Reexamination of U.S. Patent No. 6,189,034.

- 3 -

21. Attached as Exhibit 20 is a true and correct copy of Apple's Amended Answer and Counterclaims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2010.

/s/Ryan Koppelman
Ryan W. Koppelman
IP Litigation Associate
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7742
ryan.koppelman@alston.com

*Attorney for Nokia Corporation and Nokia Inc.*

3697370

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on August 3, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Mark D. Selwyn, Esquire<br>WILMERHALE<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Kenneth H. Bridges, Esquire<br>Michael T. Pieja, Esquire<br>Brian C. Kwok, Esquire<br>WONG, CABELLO, LUTSCH, RUTHERFORD<br>  & BRUCCULERI, LLP<br>540 Cowper Street<br>Palo Alto, CA  94301 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)