IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>           Defendant.<br><br>APPLE INC.,<br><br>           Counterclaim Plaintiff,<br><br>    v.<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>           Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 09-791 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT CLAIM CHART**

Pursuant to the Court's January 21, 2011 Order (D.I. 168), Plaintiff and Counterclaim-Defendant Nokia Corporation and Counterclaim-Defendant Nokia Inc. (collectively, "Nokia"), and Defendant and Counterclaim Plaintiff Apple Inc. ("Apple") hereby submit the attached Joint Claim Chart. As set forth below, this Joint Claim Chart includes, for each disputed claim term or phrase, Nokia's and Apple's proposed construction and citations to the intrinsic evidence upon which they rely.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  |  |
|  | */s/ Rodger D. Smith II* |
| OF COUNSEL: | _____ |
|  | Jack B. Blumenfeld (#1014) |
| Patrick J. Flinn | Rodger D. Smith II (#3778) |
| Peter Kontio | 1201 North Market Street |
| John D. Haynes | P.O. Box 1347 |
| Mark A. McCarty | Wilmington, DE  19899 |
| Adam J. Biegel | (302) 658-9200 |
| ALSTON & BIRD LLP | jblumenfeld@mnat.com |
| 1201 W. Peachtree Street | rsmith@mnat.com |
| Atlanta, GA  30309-3424 |  |
| (404) 881-7000 | *Attorneys for Nokia Corporation and Nokia Inc.* |

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | */s/ David E. Moore* |
|  | _____ |
| William F. Lee | Richard L. Horwitz (#2246) |
| WILMERHALE | David E. Moore (#3983) |
| 60 State Street | Hercules Plaza, 6th Floor |
| Boston, MA 02109 | 1313 N. Market Street |
| (617) 526-6000 | Wilmington, DE 19899 |
|  | (302) 984-6000 |
| Mark D. Selwyn | rhorwitz@potteranderson.com |
| WILMERHALE | dmoore@potteranderson.com |
| 950 Page Mill Road |  |
| Palo Alto, CA 94304 | *Attorneys for Apple Inc.* |
| (650) 858-6000 |  |

Kenneth H. Bridges
Michael T. Pieja
WONG CABELLO
540 Cowper Street, Suite 100
Palo Alto, CA
(650) 681-4475

February 23, 2011
4107235

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 23, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| William F. Lee, Esquire<br>Mark D. Selwyn, Esquire<br>WILMERHALE<br>60 State Street<br>Boston, MA  02109 | *VIA ELECTRONIC MAIL* |
| Nina S. Tallon, Esquire<br>Joseph J. Mueller, Esquire<br>WILMERHALE<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |
| Kenneth H. Bridges, Esquire<br>Michael T. Pieja, Esquire<br>Brian C. Kwok, Esquire<br>BRIDGES & MAVRAKAKIS LLP<br>540 Cowper Street<br>Palo Alto, CA  94301 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

**Joint Claim Chart**

**Proposed Construction of Disputed Claim Terms with Citations to Supporting Evidence**

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| 1. | "a first polling code representative of a first polling state provided in a header portion of the downlink transfer" (Nokia 135 patent) | This phrase does not require construction. Plain and ordinary meaning applies. | 135 Patent Specification<br><br>135 Patent at Figures 1-3, Tables 1-4, 2:16-49, 3:23-47, 4:1-3, 4:15-17, 4:15-42, 4:55-59, 4:64-67, 5:12-15, and 5:29-34.<br><br>135 Patent File History<br><br>Aug. 9, 2002 Response at NKDEL00001671-1672, 1673, 1675-1677<br><br>October. 24, 2002 Office Action at NKDEL00001683-1685<br><br>Jan. 24, 2003 Response at NKDEL00001701<br><br>Feb. 10, 2003 Office Action at NKDEL00001713-1714<br><br>Jul. 28, 2003 Response at | "a value representative of a first polling state provided in a header field of the downlink transfer" | 135 Patent Specification<br><br>135 patent at Figures 2-3; Tables 1-4; 2:16-27, 2:36-49, 4:1-3, 4:15-17, 4:19-42, 4:55-59, 4:64-67, 5:12-15, 5:29-34<br><br>135 Patent File History<br><br>Aug. 9, 2002 Response at NKDEL00001671-1672, 1676-1677<br><br>Jan. 24, 2003 Response at NKDEL00001701<br><br>Jul. 28, 2003 Response at NKDEL00001739-1741 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | | NKDEL00001739-1741 Jul. 30, 2003 Notice of Allowance at NKDEL00001745-1747 | | |
| 2. | "a second polling coded representative of a second polling state provided in a header portion of the downlink transfer" (Nokia 135 patent) | This phrase does not require construction. Plain and ordinary meaning applies. | 135 Patent Specification<br><br>135 Patent at Figures 1-3, Tables 1-4, 2:16-49, 3:23-47, 4:1-3, 4:15-17, 4:15-42, 4:55-59, 4:64-67, 5:12-15, and 5:29-34.<br><br>135 Patent File History<br><br>Aug. 9, 2002 Response at NKDEL00001671-1672, 1673, 1675-1677<br><br>Oct. 24, 2002 Office Action at NKDEL00001683-1685<br><br>Jan. 24, 2003 Response at NKDEL00001701<br><br>Feb. 10, 2003 Office Action at NKDEL00001713-1714 | "a value representative of a second polling state provided in a header field of the downlink transfer that is separate from the header field of the first polling code" | 135 Patent Specification<br><br>135 patent at Figures 2-3; Tables 1-4; 2:16-27, 2:36-49, 4:1-3, 4:15-17, 4:19-42, 4:55-59, 4:64-67, 5:12-15, 5:29-34<br><br>135 Patent File History<br><br>Aug. 9, 2002 Response at NKDEL00001671-1672, 1676-1677<br><br>Jan. 24, 2003 Response at NKDEL00001701<br><br>Jul. 28, 2003 Response at NKDEL00001739-1741 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | | Jul. 28, 2003 Response at NKDEL00001739-1741<br><br>Jul. 30, 2003 Notice of Allowance at NKDEL00001745-1747 | | |
| 3. | "setting up a real data communication channel"/"establishment of a real data communication channel" (Nokia 465 patent) | This phrase does not require construction. Plain and ordinary meaning applies. | 465 Patent Specification<br><br>465 Patent at Title, Abstract, 1:53-2:26, 2:59-67, 3:9-24, 4:66-5:30, 7:8-23, 7:33-12:35, 11:31-35, Figs. 1B, 2, 4-9, 14 and 15, Claims 1 and 28.<br><br>465 Patent File History<br><br>Feb. 20, 1996 Office Action Response at 17-18 (NKDEL00000187-188) and 21-22 (NKDEL00000191-192).<br><br>Aug. 19, 1996 Office Action Response at 11-14 (NKDEL00000229-232). | "assembling a channel for the transfer of real data, where there is no channel permanently available for the transfer of real data" | 465 Patent Specification<br><br>465 patent Abstract, 1:53-60, 2:7-26, 2:59-67, 4:3-7, 4:13-34, 4:46-68<br><br>The embodiments described in the 465 patent from column 7, line 33 through column 12, line 35, and Figures 1A, 1B, 2-9 and 15, including: '465 patent at 7:33-8:25, 8:30-8:60, 9:63-67, 11:9-25, 11:41-49, 12:30-33<br><br>465 Patent File History<br><br>Aug. 19, 1996 Response at NKDEL00000229-0232, 0234 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| 4. | "access transmission comprising a preamble and at least one message frame" (Nokia 548 patent) | This phrase does not require construction. Plain and ordinary meaning applies. | 548 Patent Specification<br><br>548 Patent at Title, Figs 4A, 4B and 5, 1:52-2:19, 2:40-3:25, 3:40-46, 6:61-7:39, 7:47-49, 7:57-60, 8:34-39, and 8:58-9:3, see generally 548 patent at 6:61-9:53<br><br>548 Patent Specification<br><br>July 21, 2003 Supplemental Brief at NKDEL00002180-2181, 2193<br><br>Examiner's Mar. 11, 2003 Response to Applicant's Appeal Brief at NKDEL00002089 | "a transmission to gain access to a network, where the mobile station transmits the preamble and at least one message frame, without waiting for an acknowledgment before sending the message frame" | 548 Patent Specification<br><br>548 patent Title; Figs 4A, 4B and 5; 1:52-2:19, 3:40-46, 6:61-7:39, 7:47-49, 7:57-60, 8:34-39, 8:58-9:3<br><br>*See generally* 548 patent at 6:61-9:53<br><br>548 Patent File History<br><br>July 21, 2003 Supplemental Brief at NKDEL00002180-2181, 2193<br><br>Examiner's Mar. 11, 2003 Response to Applicant's Appeal Brief at NKDEL00002089 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| 5. | "pilot channel" (Nokia 548 patent) | This term does not require construction. Plain and ordinary meaning applies. | 548 Patent Specification<br><br>548 Patent at Figure 4A, and 6:43-60. | "a channel over which pilot signals are sent" | 548 Patent Specification<br><br>548 patent at 6:43-60 |
| 6. | "channel coding means" (Nokia 904 patent) | Function: channel coding of a radio block using a coding method<br><br>Structure: a microprocessor programmed to perform convolutional coding having a coding rate of 1/2, 2/3, or 3/4. | 904 Patent Specification<br><br>904 Patent at 5:52-60; 6:66-8:20; 9:21-30; Table 1; Claims 1 and 5; and Figs. 3 and 4.<br><br>904 Patent File History<br><br>April 17, 2001 Office Action Response at 5-7. | Function: channel coding of a radio block using a coding method<br><br>Structure: a block coder and convolutional coder as shown in elements 3a and 3b of Figure 3, which perform channel coding using the coding schemes illustrated in Table 1 | 904 Patent Specification<br><br>904 patent at Figs. 3a and 3b; Table 1; 5:52-6:6, 7:10-8:18 |
| 7. | "speech coding means for coding a speech signal" (Nokia 178 patent) | Function: coding a speech signal<br><br>Structure: A processor or integrated circuit that is programmed to employ two or more speech encoders 202 having mutually different speech coding transmission rates (S1, S2,…, SN) where: | 178 Patent Specification<br><br>178 Patent at 1:20-38, 2:16-25, 2:60-3:2, 3:66-4:6, 5:41-6:16, 6:23-47, 6:67-8:20, 10:4-23, 11:11-53, and Fig. 2. | Function: coding a speech signal<br><br>Structure: a processor programmed to combine a Full Rate speech coder with a speech coder that has a transmission rate of 8 kilobits per second and that divides the speech | 178 Patent Specification<br><br>178 patent at 11:11-53 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | a first one of the speech encoders $202_1$ is an existing speech encoder having a speech coding transmission rate of S1, such as the known RPE-LTP speech encoder used in a full-rate speech transmission channel of the GSM mobile telephone system having a speech coding transmission rate of S1=13 kbit/s; and<br><br>a second one of the speech encoders $202_2$ is a newer or later-added speech encoder having a speech coding transmission rate of S2, where S1 > S2. | | signal into 10-millisecond frames, each containing 80 bits | |
| 8. | "channel encoding means for channel-encoding the speech-encoded signal" (Nokia 178 patent) | Function: channel-encoding the speech-encoded signal<br><br>Structure: a processor or integrated circuit that is programmed to employ | 178 Patent Specification<br><br>178 Patent at 1:20-38, 2:16-25, 2:60-3:2, 3:66-4:6, 5:41-6:16, 6:23-47, 6:67-8:20, 10:4-23, 11:11-53, and Fig. 2. | Function: channel-encoding the speech-encoded signal<br><br>Structure: a processor programmed to combine a Full Rate channel encoder with a | 178 Patent Specification<br><br>178 patent at 11:11-53 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | two channel encoders 203, 205, where:<br><br>(i) the first channel encoder 203 provides a first channel coding bit rate that is specific to a speech encoder 202, where<br><br>the speech encoder 202 is selected from one of N≥2 speech encoders $202_1$, $202_2$, …$202_N$ having mutually different speech coding transmission rates of S1, S2, …, SN, where the transmission rates of the N different speech encoders have the following relationship: S1≥S2≥…≥SN, and where<br><br>the first channel coding bit rate of the first channel encoder 203 is correspondingly 0, S1-S2, …, S1-SN, depending on which speech encoder 202 is employed, | | channel encoder that takes the output of the speech coding means and adds 100 error-correction bits | |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | such that the transmission rate obtained as a result of the selected speech encoder 202 and first channel encoder 203 is kept constant at S1 regardless of the transmission rate of the speech encoder employed; and (ii) the second channel encoder 205 provides a second channel coding bit rate of C > 0 that is always the same irrespective of which speech encoder 202 and first channel encoder 203 are used, such that, at the output of the second channel encoder 205, the total transmission rate is a constant S1+C. | | | |
| 9. | "input parameter" (Nokia 727 patent) | This term does not require construction. Plain and ordinary meaning applies. | 727 Patent Specification<br><br>727 Patent at Abstract, Figs. 4A-4C, Fig. 6, 1:5-2:53, 2:66-67, 3:2-3, | "a discrete parameter that is input into an algorithm separately from any other parameters" | 727 Patent Specification<br><br>727 patent at Figs. 4A, 4B, 4C, 6; 2:15-23, 2:30-32, 2:40-43, 2:66-67, 3:2- |

- 8 -

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | | 6:30-54 (including Table 1), 9:3-18:31.<br><br>727 Patent File History<br><br>Original and priority claims | | 3, 9:9-20, 9:52-60, 10:17-22, 12:38-18:31 (claims 1-25); *see also* '727 patent at 2:27-28, 2:36-37<br><br>727 Patent File History<br><br>Mar. 6, 2000 Original claims 1-7, 16-21, 30-36<br><br>Mar. 8, 1999 Priority claims 1-6, 16-21, 31-36 |
| 10. | "input value" (Nokia 940 patent) | This term does not require construction. Plain and ordinary meaning applies. | 940 Patent Specification<br><br>940 Patent at Abstract, Figs. 3-6, 1:9-4:47, 4:62-5:2, 8:4-12:51, 15:37-18:37.<br><br>940 Patent File History<br><br>Original and priority claims | "a discrete value that is input into an algorithm separately from any other values" | 940 Patent Specification<br><br>940 patent at Figs. 3-6; 3:30-37, 4:62-5:2, 8:18-20, 10:63-67, 11:10-17, 11:35-37, 11:41-58, 12:4-39, 15:45-18:37 (claims 1-21); *see also* 940 patent at 8:21-28, 9:56-60, 10:22-29<br><br>940 Patent File History<br><br>Feb. 22, 2000 Priority claims 2, 3, 4 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | | | | May 5, 2005 Office Action at 2<br><br>Aug. 6, 2005 Response at 2, 9 |
| 11. | "theme" (Apple 795 patent) | "a coordinated design of interface objects and object parts that creates a distinct visual appearance on the display" | 795 Patent Specification<br><br>795 Patent at 5:60-62. | "a coordinated design of interface objects and object parts that creates a distinct visual appearance on the display" | 795 Patent Specification<br><br>795 patent at 5:60-62, 9:26-34, 19:57-59<br><br>795 Patent File History<br><br>May 9, 2000 Office Action Response at AppDel0001637 |
| 12. | "control means for switching the display from one set of graphical interface objects to another set of graphical interface objects" (Apple 795 patent) | Function: switching the display from one set of graphical interface objects to another set of graphical interface objects<br><br>Structure: appearance management layer that (1) loads the theme by switching pointers to drawing procedures or switching | 795 Patent Specification<br><br>795 Patent at Abstract, 3:17-29, 5:13-67, 6:13-44, 7:30-34, 9:23-40; 10:7-67; see also 795 patent at Figs. 4, 9-10, 12-14, 6:45-7:30, 7:34-9:23, 9:40-10:7, 10:67-19:48, 21:25-53 | Function: switching the display from one set of graphical interface objects to another set of graphical interface objects<br><br>Structure: appearance management layer that switches pointers to drawing procedures or switches | 795 Patent Specification<br><br>795 patent at Abstract, 3:17-29, 5:13-67, 6:13-44, 7:30-34, 9:23-40; see also 795 patent at Figs. 4, 12, 6:45-7:30, 7:34-9:23, 9:40-11:5, 17:56-18:31, 20:34-37, 21:25-53 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
|  |  | data used by drawing procedures, and (2) draws the theme by using a pattern look-up table to instruct a graphic subsystem to draw a pattern on the display | 795 Patent File History<br><br>AppDel0001636, AppDel0001648 | data used by drawing procedures | 795 Patent File History<br><br>May 9, 2000 Office Action Response at AppDel0001636<br><br>Oct. 13, 2000 Office Action response at AppDel0001648 |
| 13. | "notification source" (Apple 703 patent) | "a software data structure" | 703 Patent Specification<br><br>703 Patent at 12:21-24 and 11:58-61. | No construction required; or "source of an indication of an event" | 703 Patent Specification<br><br>703 patent at claims 1, 2, 6-9, 13, 14; Abstract, 1:60-63, 2:43-45, 11:35-50, 11:52 – 12:37, 15:64-68, 17:15-23, 21:45-51, 24:24-32, 31:22-30; *see also* 703 patent at Fig. 18<br><br>703 Patent File History<br><br>Sept. 17, 1993 Response at 8 |
| 14. | "connection object" (Apple 703 patent) | "an object containing a method for selectively dispatching notifications from the notification source to the specific ones of the plurality of | 703 Patent Specification<br><br>703 Patent at 11:63-67 and 12:25-30. | "object that provides the dispatch of a notification from the notification source to at least one of the plurality of objects" | 703 Patent Specification<br><br>703 patent at claims 1, 2, 6-9, 13, 14; Abstract, 1:47-52, 11:52 – 12:37, 17:65 – 18:6, 23:68 – |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | objects that have identified to the connection object an interest in specific source object events" | 703 Patent File History<br><br>AppDel0000359 | | 24:5; *see also* 703 patent at Fig. 18<br><br>703 Patent File History<br><br>Sept. 17, 1993 Response at 8-9 |
| 15. | "connecting a plurality of objects to a notification source" (Apple 703 patent) | "at least one of the plurality of objects invoking a method in the connection object to connect to the notification source" | 703 Patent Specification<br><br>703 Patent at 12:9-17.<br><br>703 Patent File History<br><br>AppDel0000359 | No construction required; or "creating at least one connection for a plurality of objects to receive notification from a notification source." | 703 Patent Specification<br><br>703 patent at claims 1, 2, 6-9, 13, 14; 1:39-52, 9:45-57, 12:3-37, 18:58-19:11, 21:66-22:5, 23:62-24:32; *see also* 703 patent at Figs. 3, 4, 18 |
| 16. | "telephony element" (Apple 854 patent) | "a particular hardware element or protocol of the telephony system, with identifiable status and features" | 854 Patent Specification<br><br>854 Patent at Abstract; 2:50-56; 10:64-11:2; 12:29-33; and 51:28-32.<br><br>Examples of Telephony Objects that represent Telephony Elements: Telephone Line Handle (12:35-13:2); Telephone Handset Handle (13:3-13:32); Telephone Call | "any identifiable aspect of the telephony system" | 854 Patent Specification<br><br>854 patent at claims 1-4, 8-16, 20-24; Abstract, 2:50-53, 12:5-9; *see also* 854 patent at Figs. 1, 6 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | | Handle (13:60-14:4); Telephone Feature Control (14:6-19); TTelephoneLine (34:28-47). | | |
| 17. | "beacon signal" (Apple 074 patent) | "a signal, from which a physical signaling characteristic for use in subsequent communications with the I/O device can be determined, that begins a self-configuring startup procedure" | 074 Patent Specification<br><br>074 Patent at 1:49-51; 2:58-62; 2:66-3:1; and 3:10-26.<br><br>074 Patent File History<br><br>AppDel0000934-936 and AppDel0000984 | No construction required; or "identifying signal" | 074 Patent Specification<br><br>074 patent at claims 1-5; Abstract, 1:58-66, 2:11-12, 2:48-56, 2:57-3:2, 3:10-26, 3:28-51, 3:52-55, 3:59-65, 4:29-44; *see also* 074 patent at Fig. 3A |
| 18. | "linear combining means for weighting and summing said output signals to produce an estimate of said signal of interest" (Apple 105 patent) | Function: weighting the time shifted output signal and frequency shifted output signal and then summing the weighted time shifted output signal and weighted frequency shifted output signal to produce an estimate of the signal of interest<br><br>Structure: Adaptation apparatus 44 | 105 Patent Specification<br><br>105 Patent at Abstract; 2:56-65; 3:13-21; 3:22-40; 3:54-63; 18:9-38; 19:10-42; 20:38-52; 22:34-54; 23:13-29; 24:35-56; and Figs. 22, 24, 35, and 36. | Function: "weighting and summing said output signals to produce an estimate of said signal of interest"<br><br>Structure: Matrix-Vector Multiplier [58] | 105 Patent Specification<br><br>105 patent at Figs. 4-18, 22, 24; 5:25-32, 10:44-50, 15:16-20, 16:60-67, 18:23-19:1, 22:34-56, 23:13-29, 24:39-45 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | calculates weighing filter coefficients $W^k$ using either the training-augmented constant-modulus (TACM) partially blind adaptive equalization or training-constrained constant-modulus (TCCM) partially blind adaptive equalization adaptation algorithms and provides it to a linear combiner in the form of Matrix-Vector Multiplier 58. Matrix-Vector Multiplier 58 applies the weighing filter coefficients Wk to said time-shifted output signal and frequency-shifted output signal to produce an estimate of said signal of interest. | | | |
| 19. | "means for producing an estimate of said signal of interest" (Apple 105 patent) | Function: producing an estimate of said signal of interest<br><br>Structure: The matrix vector | 105 Patent Specification<br><br>105 Patent at 18:9-35; 20:38-52; 22:34-54; 23:13-29; 24:35-56; and Figs. 22, 24, 35, and 36. | Function: producing an estimate of said signal of interest<br><br>Structure: Matrix-Vector Multiplier | 105 Patent Specification<br><br>105 patent at Figs. 4-18, 22, 24; 5:25-32, 10:44-50, 15:16-20, 16:60-67, 18:23-19:1, 22:34-56, |

- 14 -

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | multiplier 58 operating in conjunction with the switch 46 which is controlled by the adaptation apparatus 44 | | [58] | 23:13-29, 24:39-45 |
| 20. | "call director unit" (Apple 034 patent) | "a faceless background process loaded at initialization of the computer system that initiates the automatic launching of a conferencing application when a call is received and initiates and interacts with the demon conference component to control the transfer of calls to a conferencing application" | 034 Patent Specification<br><br>034 Patent at 5:66-6:16; 7:22-29; and 8:63-9:9.<br><br>034 Patent File History<br><br>AppDel0001418, AppDel0001446, and AppDel0001362. | "unit responsible for launching, and transferring incoming call signals to, conferencing applications" | 034 Patent Specification<br><br>034 patent at 5:62-6:14, 7:5-12, 7:26-29, 7:56-8:6, 9:2-9, 9:34-40, 11:31-61, 12:14-19, 12:56-61<br><br>034 Patent File History<br><br>Aug. 15, 2000 Appeal Brief at AppDel0001418 |
| 21. | "demon conference component" (Apple 034 patent) | "a faceless background task created by the call director unit that engages in persistent listening for incoming call signals and communicates with other conference components to transfer call signals to the intended recipient | 034 Patent Specification<br><br>034 Patent at 6:18-28; 6:35-39; 7:5-29; and 9:15-20.<br><br>034 Patent File History<br><br>AppDel0001418-19, | "component responsible for listening for incoming call signals" | 034 Patent Specification<br><br>034 patent at 4:38-47, 4:58-62, 5:19-22, 5:28-29, 5:58-59, 5:62-64, 6:18-28, 6:35-39, 7:5-16, 7:23-25, 7:56-8:6, 8:12-22, 9:15-20, 11:31-47 |

| Term No. | Term To Be Construed | Nokia's Proposed Construction | Intrinsic Evidence Supporting Nokia's Construction | Apple's Proposed Construction | Intrinsic Evidence Supporting Apple's Construction |
|---|---|---|---|---|---|
| | | application using a shared data structure in memory" | AppDel0001446-47, AppDel0001362, and AppDel0001339. | | |
| 22. | "listen string" (Apple 034 patent) | "the encapsulation of the parameters of a conference API including two parts, a fixed portion identifying a service name and a variable portion identifying one or more service types" | 034 Patent Specification<br><br>034 Patent at 5:28-40 | "parameters used for directing an incoming call signal" | 034 Patent Specification<br><br>034 patent at 5:28-40, 8:25-30, 8:55-62, 9:2-9<br><br>034 Patent File History<br><br>Mar. 9, 1999 Office Action Response at AppDel0001339 |