**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOKIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | ) | C.A. No. 09-791-GMS<br><br>**JURY TRIAL DEMANDED** |
| APPLE INC.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA INC.<br><br>Counterclaim-Defendants. | ) | |

**APPLE INC.'S UNOPPOSED MOTION FOR LEAVE TO
FILE ITS FOURTH AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS**

Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple"), pursuant to Federal Rule of Civil Procedure 15(a) and D. Del. LR 15.1, moves for leave to file its Fourth Amended Answer, Defenses, and Counterclaims. Specifically, Apple seeks to amend its Third Amended Answer, Defenses, and Counterclaims to assert: (1) defenses that U.S. Patent Nos. 6,359,904 ("'904") and 5,802,465 ("'465") are unenforceable because they were obtained through inequitable and fraudulent conduct before the U.S. Patent and Trademark Office ("Patent Office"); (2) related counterclaims for a declaratory judgment that the '904 and '465 Patents are unenforceable; and (3) related supplements to its counterclaim for violations of the Sherman Antitrust Act, 15 U.S.C. § 2.

Apple's Motion complies with the Court's April 15, 2011 deadline to amend pleadings to add inequitable conduct, and Apple's new defenses and counterclaims could not have been plead earlier because they are based on information that was uniquely in Nokia's possession, and that Nokia did not produce until very recently. (D.I. 42.) The amendments are therefore timely.

Apple also has good cause for each of its proposed amendments. In particular, recent discovery from Nokia has confirmed the following bases for inequitable conduct defenses:

- With respect to the '904 patent, applicants failed to disclose a public ETSI proposal by Ericsson, dated October 16-18, 1996 ("Ericsson Proposal"), which is highly material to the patentability of the '904 patent.

- With respect to the '465 patent, applicants failed to disclose documents describing the "IMSI attach" function described in the 1991 GSM standard, which is highly similar to the GPRS "attach" function that is a focus of Nokia's infringement contentions.

Granting this motion would not cause any prejudice to Nokia because Apple does not seek to add defenses that will require any further discovery by Nokia.

Nokia does not oppose Apple's Motion.

Pursuant to D. Del. LR 15.1, Apple attaches a copy of its proposed Fourth Amended Answer, Defenses, and Counterclaims and a blackline indicating in what respects it differs from Apple's Third Amended Answer and Counterclaims (Exhibits 1 and 2 hereto).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim-Plaintiff Apple Inc.*

OF COUNSEL:

William F. Lee
WILMERHALE
60 State Street
Boston, MA 02109
Tel: 617 526 6000

Mark D. Selwyn
WILMERHALE
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000

Kenneth H. Bridges
Michael T. Pieja
BRIDGES & MAVRAKAKIS LLP
540 Cowper Street, Suite 100
Palo Alto, CA
Tel: (650) 681-4475

Dated: March 9, 2011
1004356 / 35035

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 9, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on March 9, 2011, the attached document was electronically mailed to the following person(s)

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

Steven D. Hemminger
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
steve.hemminger@alston.com

Alan L. Whitehurst
Scott J. Pivnick
Thomas W. Davison
Alston & Bird LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
alan.whitehurst@alston.com
scott.pivnick@alston.com
tom.davison@alston.com

Kirk T. Bradley
S. Benjamin Pleune
Alston & Bird LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
kirk.bradley@alston.com
ben.pleune@alston.com

Marsha E. Mullin
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
marsha.mullin@alston.com

Michael J. Newton
Alston & Bird LLP
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, TX 7 5 201
mike.newton@alston.com

Adam J. Biegel
Keith E. Broyles
Patrick J. Flinn
John D. Haynes
Ryan W. Koppelman
Mark A. McCarty
Peter Kontio
Matthew D. Richardson
Byron Holz
Coby Nixon
Matthew J. McNeill
Rohan Kale
Labriah Lee
Matthew J. Urbanawiz
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
adam.biegel@alston.com
keith.broyles@alston.com
patrick.flinn@alston.com
john.haynes@alston.com
ryan.koppelman@alston.com
mark.mccarty@alston.com
peter.kontio@alston.com
matt.richardson@alston.com
byron.holz@alston.com
steve.mcniff@alston.com
coby.nixon@alston.com
matt.mcneill@alston.com
rohan.kale@alston.com
labriah.lee@alston.com
matt.urbanawiz@alston.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

941557/35035